IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Willie J. Hamilton, ) | |
| ) | 8:04CV375 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| City of Omaha, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on filing no. 8, a post-judgment motion filed by the plaintiff, Willie J. Hamilton. Judgment has been entered in this case, and accordingly, no further action will be taken by this court. Filing no. 8 is denied.

SO ORDERED:

DATED this 19th day of April, 2005.

BY THE COURT:

s/ RICHARD G. KOPF
United States District Judge